# Exhibit F

**From:** Kaden McNamara <kadenjmcnamara@gmail.com>
**Sent on:** Tuesday, June 13, 2023 7:46:13 PM
**To:** pshook@boattown.com
**Subject:** Re: Overtime Hours Etc.

Edit- After an understanding of where the payout was made for the two days promised by clay, I have edited those out.

The new total is 43.223 hours. Totalling $1037.35

Ill paste the links mentioned previously since I see they were not working properly.

https://www.rmlegalgroup.com/is-your-employer-asking-you-to-work-off-the-clock/

https://www.employmentlawhelp.org/wage-theft/forgot-to-clock-in#:~:text=Your%20employer%20must%20still%20pay,t%20work%20that%20many%20hours.

On Tue, Jun 13, 2023, 9:04 AM Kaden McNamara <kadenjmcnamara@gmail.com> wrote:
> Reviewing the timesheet and documentation you gave me earlier this week, I was able to confirm that the 13.593 Hours of overtime still due is correct.
> While reviewing the documents I noticed that a number of days had not been accounted for.
> I Forgot To Clock In Or Out, Will I Still Be Paid? (employmentlawhelp.org)
> 8/11/22 9:11-5:16, 9hrs 4min -30 for lunch. (8.07hrs)
> 9/20/22 9:16-Unknown (Phone Died) Records of going to LBJ, Minimum clock out at 2pm. (4.73hrs)
> 9/21/22 9:15-12:18 (3.03hrs)
> 11/30/22 9:09-4:35 (7.43hrs)
> 3/10/23 (8.5hrs)
> 3/11/23 (8.5hrs) These two days in March were approved by Clay to be paid out due to the death of my sister, but they were not added to my paycheck.
>
> I will add the proper documentation to prove these times are accurate to the best of my ability. Please see attached.
>
> This is a total of 53.853 hours when you combine the missed hours to the overtime hours (13.593).
>
> Due to Mr Raven restricting me from completing this verification at work, during downtime or other, I have added the hours I have used outside of business hours.
> Is Your Employer Asking You to Work Off the Clock? (rmlegalgroup.com)
> (6.37hrs)
>
> This totals out to (60.223hrs) at the rate of $24. $1,445.35
>
> Please feel free to reach out with any questions during normal business hours.
>
> All of my (hours) have been converted from Hours and Minutes to Decimal format, as used by our normal clock in/out software. I will also provide screenshots of evidence necessary.

MCNAMARA000082