# Exhibit G

 Outlook

## RE: 9-20-2022 & 9-21-2022

**From** Patti Shook <pshook@boattown.com>
**Date** Tue 6/20/2023 1:27 PM
**To**   Kaden McNamara <kadenjmcnamara@gmail.com>

Perfect…..Thank you



**From:** Kaden McNamara <kadenjmcnamara@gmail.com>
**Sent:** Tuesday, June 20, 2023 1:25 PM
**To:** Patti Shook <pshook@boattown.com>
**Subject:** Re: 9-20-2022 & 9-21-2022

Yes sounds good. Thank you

On Tue, Jun 20, 2023, 11:33 AM Patti Shook <pshook@boattown.com> wrote:

> Good Morning Kaden,
>
>   So I want to be sure that I have your FINAL APPROVAL for the below hours and payout amount before I run the check for you.
>
> So it appears that the Total of 35.463 hours @ $24.00 an hour, for a total payout of $851.12 . Will this be what I will be issuing you a check for today?
>
>   And the 6.37 hours will be added on this NEXT payroll for your payout.
>
> Please respond to this email so that I can go forward with your payout.
>
> Thanks!!

MCNAMARA000091