# Exhibit "F"



**AUSTIN, TX**
4630 S. Lamar Blvd.
Austin, TX 78745
Phone: (512) 892-2220

**WWW.BOATTOWN.COM**
**@BOATTOWNATX**

**LAKE LBJ, TX**
151 Melodie Ln.
Kingsland, TX, 78639
Phone: (325) 388-4343
Burger Bar: (325) 762-7980

**@BTBURGERBAR**

## ACKNOWLEDGMENT

I _Kaden McNamara_

acknowledge that I have received from Boat Town, Inc., a payment of wages in the amount of _754.10_ , which is _851.04_ less taxes. This amount above is payment for all wages and compensation currently due from the past two years.

I acknowledge I have received the net amount of _$754.10_ in compliance with the wage and hour laws.

I understand and agree that upon my receipt of the amounts above, I will have been paid and/or have received all compensation, wages, and other amounts to which I am entitled from the past two years, and no other compensation, wages, or other amounts, are due to me.

I further affirm that I reported all hours worked during my employment with the Company.

I agree that I have executed this Acknowledgment voluntarily and without any representations, promises or agreements.

_Kaden McNamara_
[Print name]

_Kaden McNamara_
[Signature]

_6-27-23_
Date

        

BT 000013