# Exhibit "G"

**Boat Town Inc.**
**EMPLOYEE HANDBOOK**

Your employee handbook provides you with essential information about Boat Town Inc. and our policies and procedures.

This Handbook will familiarize you with the company, the benefits, and the policies and procedures of Boat Town Inc. We want you to understand the company so that you may give your job and career your very best efforts. The work of each employee is vitally important to us and to the overall goals of Boat Town Inc.

Our organization, like all others, is only as productive as our employees make it. We hope that each of you will bring to your job, both personal interest and dedication.

Revised 09/2011

BT 000001

# BENEFITS

The following represents a summary of your benefits. Please refer to your medical insurance booklet for more specific details regarding your medical and dental coverage.

## VACATION POLICY

This policy applies to all permanent full-time employees. A full-time employee is one who works 40 hours or more per week, 52 weeks a year. A vacation week is defined as 5 workdays. Vacation time must be earned, it cannot be anticipated.

All vacation time must be taken within 12 months following the year in which it was earned. Employees are eligible for 2 weeks/10 days vacation time at the end of 12 months of employment. Accrued vacation may be taken only after the employee's first year anniversary. Any accrued vacation will be lost and not deemed payable if the employee is terminated prior to the first year of anniversary. An employee will not be paid for any unused vacation time at the end of the year. Therefore, it is imperative that you use your vacation time.

Vacation time should be taken in the off-season, which is defined as September 1st through February 28th, and must be requested on a vacation request form four weeks in advance. The immediate supervisor approves the vacation request after coordination with the owner. When requested in advance, vacation pay may be paid on the last regular pay day preceding the scheduled vacation period.

## SICK LEAVE

The dealership allows three (3) paid sick days per year. These will be handled as follows:
- One sick day is earned in 4 month increments.
- Days cannot be carried to the next year.
- Any unused sick days will not be paid at year-end.
- Sick days may only be used for an absence due to the employee's own illness or injury and may not be used for any other absence.
- Paid sick time will not be considered as time worked for the purpose of computing overtime.
- Employees must contact their supervisor before their scheduled work time when they cannot report to work. Until medical certification is received, this should be done every day prior to the normal start time so that necessary arrangements can be made to redistribute the workload.
- The dealership reserves the right to request an explanatory note from the employee's physician, should an absence extend beyond two (2) working days due to a non-job related illness or injury.

2

BT 000002

## MEDICAL INSURANCE

Boat Town Inc. will pay half of the medical premium for eligible permanent full-time employees to have medical insurance coverage. Additional coverage for dental, life and long-term disability are the sole expense of the employee and the employee has the right of refusal for that coverage. Eligible employees have the option of covering their dependents on the group medical plan at their own expense. The expense of employee and/or employee dependent coverage will be deducted through payroll deductions.
Full-time employees are eligible for medical coverage 90 days from their first working day.

Assistance with the cost of health insurance premiums is a benefit provided by the company. An employee electing not to be covered by the company provided health insurance will not receive any other compensation in lieu of this benefit.

## JOB PERFORMANCE EVALUATIONS

It is our policy that each supervisor voices his or her performance expectation to all the staff members. All decisions related to compensation, advancement, and promotion will be based on qualification and merit.

Salary is a confidential matter between you and your supervisor. Discussion of this subject with others may be grounds for termination.

## EXPENSE REIMBURSEMENT

Business related expense reimbursements are made upon receipt of the actual expenses for all employees. Expenses include direct expenses of the company, such as airfare, hotel, auto rental, cab fare, parking, etc. (with prior approval.) Meal expenses are to be covered through the per diem allowance for employees who are required to make out-of-town trips for the company.

The per diem shall be set on a per trip basis, by the owner approving of the trip. Each employee shall obtain the approval of the owner for the per diem amount prior to each trip.

## EDUCATIONAL ASSISTANCE

Employees attending training schools or seminars approved by the company will receive salary while in attendance. Expenses such as tuition, transportation, lodging, and meals will be reimbursed to the employee. The company expects continued employment for one year after attendance. If the employee is terminated prior to that time, the employee will reimburse the company for a prorated share of the expenses incurred.

BT 000003

# POLICIES AND PROCEDURES

This handbook represents a summary of the company's policies and procedures.

## WORKING HOURS

Boat Town Inc. is officially open for business form 8 a.m. until 6 p.m., Tuesday through Saturday. These hours will vary during the busy season. The company practices flex time for the benefit of its employees. Each employee must check with their supervisor for their exact hours. Any change in an employee's working schedule must be approved by their supervisor.

A general workday is comprised of 8 hours of work and an hour lunch break. Overtime hours cannot be accrued for annual leave time. However, these hours will be considered at the annual performance reviews for compensation purposes.

Boat Town Inc. employees are expected to be in the office punctually at the beginning of their scheduled 8-hour shift. All out-of-the-office appointments are subject to supervisor approval. In cases of emergency, please notify your supervisor or the owner for your absence from the work place.

## ABSENCE FROM WORK

Boat Town Inc. employees are expected to report to work on time each scheduled workday. In case of an absence from work due to an illness or injury, notify the supervisor or one of the owners of the business before or at the start of the workday, on the first day of illness. Contact your supervisor daily thereafter to advise him/her of your condition and expected date of return to work. **A message left with someone other than your supervisor or the owner is not adequate notification.**

In cases where personal injury or illness results in a loss of more than three consecutive days, you should present a written statement to your supervisor from your doctor to indicate the presumed length of your illness. Your supervisor may require a full release from your doctor before you can return to work.

## LOCATION OF EMPLOYEES

During working hours, your supervisor must know at all times where you are and where you can be reached. If your supervisor is out, call the office and tell them when you will return. When traveling out-of-town, notify your supervisor of any changes in location, hotel or proposed date of return.

BT 000004

## LEAVE WITHOUT PAY

Leave without pay should be kept to a minimum. When unusual circumstances occur, a written request of a LWOP may be considered by the employee's supervisor.

## MEDICAL LEAVE OF ABSENCE

Employees who wish to request a medical leave of absence must obtain permission in advance from their supervisor through a written request. Employees on a leave of absence do not accrue annual leave. If granted, a paid medical leave may be granted for a maximum of three weeks in addition to any annual leave time accrued. A leave of absence is not automatically granted to anyone who makes a request. Whether a medical leave is granted is determined by the employee's time with the company, performance record, and probability of return to work at the end of the leave of absence.

## PAYROLL PROCEDURES

All employees are paid semi-monthly. The Federal Government requires that you accurately record all of the actual hours that you worked. Time cards for all employees are due two days before payday. Lost or stolen paychecks should be reported immediately to the bookkeeper. A replacement check will be issued within five business days of the reported loss. It is company policy not to release paychecks early.

Final paychecks will not be released without a completed and signed final time sheet and a signed termination form indicating that keys, manuals, uniforms, and equipment have all been turned in.

Limited funds in the petty cash box in the office prohibit cash advances or the cashing of personal or payroll checks.

## HOURLY PROCEDURES

Pay periods cover all time on the time clock up until midnight the final day of the pay period.

You will be paid overtime if you work more than 40 hours between Wednesday and Tuesday. Hours for paid holidays, vacation or sick time do not count toward the 40 hours worked. The department supervisor must approve all overtime, in advance.

You must clock out for personal time including doctor's appointments. You may make up this time at the beginning or at the end of the day, if you have work, which is undone.

Time spent out of the office for doctor's appointments does not apply toward the annual leave, unless you are out of the office for half a day or more. This applies only if you have already accrued annual leave to cover the time for the doctor's visit.

## APPROVED OVERTIME FOR HOURLY EMPLOYEES

It is the company's policy to limit overtime work. Overtime must be approved by your supervisor prior to its occurrence. At times your supervisor may request that you work

BT 000005

overtime. In this case, you will be asked to arrange your schedule accordingly. Overtime will only be paid when you have actually worked more than 40 hours in one workweek. (Wednesday thru Tuesday) Annual leave and jury duty pay do not count towards actual hours worked.

Hourly employees are required to clock in and out for each day worked. In the event that the employee is unable to use the time clock, they will be required to obtain their supervisors or owners approval within 24 hours of that working day. Approval shall be noted on the time card by initialing the time card. Failure to comply with this policy shall result in an employee not being compensated for this time worked.

## JURY DUTY

The company will allow full-time regular employees the opportunity to perform jury duty service, without loss of pay for up to one week. Employees must present their summons to their supervisor immediately and must thereafter keep their supervisor informed. Employees must show proof from the court stating the time that they were serving jury duty. In all cases, employees are expected to work as many hours as possible, particularly when short-term jury assignments are involved which may not necessitate daylong absences. Part-time and temporary employees are allowed time off to serve on jury duty without pay.

When submitting a time sheet, simply write "jury duty" in the time- in/time-out spaces for each day served and attach proof of attendance, from the court, to the time sheet.

## EMPLOYEE PURCHASES

Parts and Accessories for personal use may be purchased at 10% over company cost. *ITEMS MUST BE PAID FOR BEFORE LEAVING THE BUILDING, INSIST ON A RECEIPT.*

New units may be purchased at 5% over invoice. This is with the understanding that the unit so purchased is for personal use. It will not be sold from the lot at a later date unless prior arrangements are made with the owner. With company approval, the unit may be sold on the lot with the company retaining 10% of the selling price to cover incidental costs. It is company policy that no trades are taken on any employee unit deal.

## USE OF SHOP FOR PERSONAL USE

The owner of Boat Town Inc may grant use of the shop for personal use. This is a benefit. Please use caution and common sense when using the equipment. If the conditions are not followed, this benefit will be taken away. When such permission is granted the following conditions must be observed:
1. Work will be performed only on employee-owned vehicles.
2. The shop must be closed and vacated by 9 p.m.
3. Under no circumstance are lone employees permitted to work in the shop or adjacent areas.
4. One of the employees in the shop area must have been an employee for at least 90 days.

6

BT 000006

5. No persons other than employees are allowed in the shop.
6. Company business will always have a priority when use of the facilities is determined.
7. Prior written approval must be obtained from the Service Manager or the owner of Boat Town Inc.
8. Employees using the shop are responsible for turning down the A/C or heat, cleaning the shop, turning off the lights, enabling the alarm systems, securing and locking of all doors and gates.
9. Borrowed shop equipment *REQUIRES WRITTEN AUTHORIZATION* from the Service Manager or the owner of Boat Town Inc.
10. Finally, Boat Town is NOT responsible for any injuries or accidents that may occur while working on a personal vehicle.

## PERSONAL APPEARANCE/BEHAVIOR

Boat Town Inc. expects its employees to present a neat and clean, professional appearance at all times. No torn or tattered clothes will be allowed. Shirts should remain tucked in at all times. The length of shorts and skirts should be no higher than the tips of one's fingers, when their arms are hanging down in a relaxed position. No halter-tops or backless apparel is acceptable.

Some positions, such as front desk parts, service, and sales representatives, require the Boat Town shirts. Uniforms are an option for service personnel. The employee is responsible for any and all setup charges for their uniform service. Boat Town Inc. will pay for half of the company shirts. Employee portion of the shirts/uniform charge will be deducted form the payroll. Upon termination of employment, all uniforms must be returned prior to release of the final check. Uniform charges continue until all uniforms are returned, so do payroll deductions.

Keep in mind; you are a representative of the company. You should conduct yourself in a friendly, courteous, and professional manner at all times.

The use of prescription drugs, which may affect the employee's ability or impair judgment, is prohibited during work hours.

It is a violation of company policy for any employee to be under the influence of intoxicating beverages or illegal drugs during work hours or while on the premises. The illegal use or possession of drugs is also prohibited. Violation of these policies will result in termination.

## ALCOHOL AND DRUG ABUSE POLICY

Boat Town is a drug free workplace. The purpose of this policy is to ensure the safety of all employees and to promote productivity. This policy applies to all employees, contractors, and temporary workers. Substances covered under this policy include alcohol, illegal drugs, inhalants and prescription and over-the-counter drugs. Boat Town reserves the right to inspect our premises for these substances. Boat Town reserves the

7

BT 000007

right to conduct alcohol and drug tests at any time.  We may terminate your employment if you violate this policy, refuse to be tested or provide false information.

**Definitions under this policy:**

A "substance" includes alcohol, illegal drugs, inhalants, and prescription and over-the-counter drugs.

An "illegal drug" is any substance that is illegal to use, possess, sell or transfer.

"Drug paraphernalia" are any items used or intended for use in making, packaging, concealing, injecting, inhaling or consuming illegal drugs or inhalants.

A "prescription drug" is any substance prescribed for an individual by a licensed health care provider.

An "inhalant" is any substance that produces mind-altering effects when inhaled.

You are "under the influence" if any substance:

- impairs your behavior or your ability to work safely and productively;
- results in a physical or mental condition that creates a risk to your own safety, the safety of others or company property; or
- is shown to be present in your body, by laboratory evidence, in more than an identifiable trace.

"Company premises" include our buildings, grounds, parking lots and company-provided vehicles including boats.

**Company rules**

You must follow these rules while you are on company premises and while you conduct company business.  The rules apply any place you conduct company business, including a company vehicle or your own vehicle:

1.    You may not use, possess or be under the influence of alcohol on company premises.  If management approves, you may drink moderately at certain off-premises, business-related meetings or social gatherings.

2.    You may not use, possess or be under the influence of illegal drugs.

3.    You may not sell, buy, transfer or distribute any drugs.  It is against the law to do so.

4.    You may not use, possess, sell, buy, transfer or distribute drug paraphernalia.
5.    You may not use or be under the influence of inhalants.

8

BT 000008

6.    You must follow these rules if you take prescription or over-the-counter drugs on the job.

- You may use a prescription drug only if a licensed health care provider prescribed it for you within the last year;
- You may use prescription or over-the-counter drugs only if they do not generally affect your ability to work safely;
- You must follow directions, including dosage limits and usage cautions.

Boat Town may consult a doctor to determine if a prescription or over-the-counter drug may create a risk if you use it on the job. Boat Town may change your work duties or restrict you from working while you are using a prescription over-the-counter drug that creates such a risk.

7. You may not use machinery while taking prescription or over-the-counter drugs that impair your ability to work safely, especially if you have never taken the medication before. Boat Town is requesting that you use common sense and good judgment when taking any medication for the first time. This includes operating vehicles or boats.

**Testing**

Testing may include urine, blood, breathalyzer or hair samples. Before testing, you will have the chance to explain the use of any drugs. We will follow laws for keeping test results confidential.

**PROBATION**

A regular employee may be placed on a formal probation if a supervisor determines that the employee is not meeting performance standards, or is in violation of a company policy or procedure. Any violation on the part of the employee of the conditions of probation, company policy or procedure during this time period will be grounds for immediate termination. Noticeable improvement during the probationary period must be evidenced for continued employment. Probation period will be determined on a case-by-case situation.

**TERMINATION**

A voluntary termination is available if you resign your position. An employee leaving the company on a voluntary basis is encouraged to give his supervisor at least a two-week written notice. A letter of resignation should accompany a voluntary termination notice. Employees who do not give at least a two-week written notice will lose any accrued annual leave.

An involuntary termination may result from an employee's inability to meet performance expectations. Also, actions of performance levels determined by your supervisor to be of an extraordinarily adverse nature will be grounds for termination without notice or a probationary period.

BT 000009

Discharge is the most serious form of disciplinary action.  The company reserves the right to discharge employees after other measures have failed to result in corrective action.  However, the company reserves the right to discharge without previous counseling, any employee for any reason deemed appropriate, subject to the sole discretion of the company.

Some of the specific grounds for immediate termination include, but are not limited to the following:

1. Introduction, possession, or use of intoxicating beverages, habit forming drugs or narcotics on company property or reporting for duty under the influence of the same.
2. Dishonesty or theft: including the appropriation of documents, properties, or monies of the company or others.
3. Falsification of information on employment application or other employment record.
4. Failure to properly record time worked or recording other employee's times without the proper authority.
5. Incompetency, unsatisfactory work performance or gross negligence of duties or responsibilities.
6. Rude or inappropriate conduct towards employees, disorderly conduct bringing reflection or criticism upon the company and its personnel.
7. Insubordination, refusal or failure to follow specific job-related instructions of a supervisor.
8. Threats against the person or property of, intimidation or coercion of fellow employees while on company premises: including fighting, striking, attempting to strike and otherwise injure another or inciting a fight on company premises.
9. Malicious or careless actions resulting in the injury of individuals, of the destruction or defacement of company property or others through neglect or wanton disregard for such health or safety.
10. Absence from duty without notifying the proper authority.  Irregular or excessive absenteeism or tardiness in reporting to work or returning from lunch.
11. Possession of any concealed weapon while on company premises.
12. Unauthorized divulgence of company records.
13. Sexual harassment.

# GENERAL INFORMATION

## CONFLICT OF INTEREST

Employees are required to reveal any relationships he or she may have with vendors, customers, or other employees of our company, which may represent a conflict of interest to his or her position.  Boat Town Inc. reserves the right to limit our employee's area of company activity or responsibility.  Employees are required to disclose any such relationships prior to employment or thereafter upon occurrence.

BT 000010

## DOCUMENTATION OF INCIDENTS

If you witness or have information about an incident resulting in an injury, possible injuries, or damage to company or personal property, report it to a supervisor immediately.

## GIFTS/DISCOUNTS FROM CUSTOMERS

Employees may not accept any gift, discount, or anything of value from a customer, supplier, or vendor without prior approval from the owner of the corporation.

## ORGANIZATION MEMBERSHIPS

You may be given approval by your supervisor to participate in both professional and service organizations. In situations where conflicts in schedules arise, you will be required to fulfill your obligations to Boat Town Inc. as a priority. A second job can in no way affect your performance at Boat Town Inc.

## PERSONAL PROPERTY

Safeguarding your personal property in the office or while performing company business is the employee's responsibility. The company cannot accept responsibility for any personal loss.

## SECURITY

You are expected to ensure that all company equipment is marked and safely stored and that all doors, file cabinets, and windows are locked at the end of each business day. If keys are issued to you and are lost, report the loss immediately. Do not loan your key to anyone without the expressed consent of the owner. Anyone receiving a key must sign the key sign-out sheet. No employee shall invite guests to the business after hours.

## SAFETY

Good housekeeping provides safety. Do not allow boxes, cartons, or obstructions to block passageways. Never use an extension cord across a commonly used area. Be alert to spills, broken glass, or other hazards. Report any damaged equipment or safety violations to your supervisor immediately. Be orderly in personal conduct as many unforeseen injuries occur from "horseplay."

Smoking is allowed in designated smoking areas only. Those who do smoke, please be considerate to non-smokers. Employees who smoke may take no more than 2 smoking breaks in the morning and 2 in the afternoon, which should not exceed 10 minutes each. Extinguish cigarettes in ashtrays ONLY; do not extinguish them on the shop floor, in the yard area or in the parking lot. Care should be taken when emptying ashtrays—MAKE SURE THAT NOTHING IS BURNING AND THAT EVERYTHING IN THE ASHTRAY IS COOL TO THE TOUCH BEFORE EMPTYING.

In the case of a fire or a natural disaster, please evacuate the building through the closest exit available.

BT 000011

**WORK RELATED INJURY**

It is imperative that if you are injured at work that you report the injury to your supervisor IMMEDIATELY. Workers Compensation requires that the paperwork be completed within 24 hours of any injury.

**PARKING**

Employee parking has been provided along the east side of the fence along the dirt road. DO NOT PARK on the asphalt parking lot during business hours; that is for customer use only.

**TELEPHONE USAGE**

Please keep in mind that an excessive number of personal calls may tie up the outside lines and delay important business matters. Please observe these guidelines regarding the use of the telephone.

1. Keep personal calls to a minimum-if it can wait until after business hours-let it.
2. No personal long distance calls are to be charged to the company without prior approval from the owner.
3. All business related long distance calls must be charged to the appropriate billing number.

**INTERNET USAGE**

Inappropriate internet surfing will not be tolerated. The internet should only be used to enhance your job performance or research for the boating industry. Excessive internet use leads to spyware, malware and increased viruses on your computer which costs the company money to repair. It goes without saying that inappropriate internet sites would include pornography, anything sexual in nature, weapon making.

**CUSTOMER CONTACTS**

All names, addresses, telephone numbers, and contacts made through Boat Town Inc., including but not limited, purchase agreements, lead cards, work orders, over the counter sales, newspaper ads, boat shows, ski shows, mailing lists, and dealer to dealer transactions are the sole property of Boat Town Inc. This agreement applies not only during employment, but after termination of employment as well.

# CONCLUSION

BT 000012