# Exhibit "H"

7/31/2024 4:34 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-003965
Susan Schmidt

CAUSE NO. D-1-GN-24-003965

| | | |
|---|---|---|
| KADEN MCNAMARA on Behalf of Himself and Others Similarly Situated, | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| vs. | § § | TRAVIS COUNTY, TEXAS |
| BOAT TOWN, INC., CLAYTON RAVEN And CLAY RAVEN, | § § § | |
| Defendants. | § | 126TH JUDICIAL DISTRICT |

## DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendants, Boat Town, Inc., Clayton Raven and Clay Raven (collectively "Defendants")
file their Answer to Plaintiffs' Original Petition, and state as follows:

### I.    GENERAL DENIAL

Defendants deny each and every, all and singular, allegations contained in Plaintiffs'
Original Petition and demand strict proof thereof by a preponderance of the evidence.

### II.    DEFENDANTS' DEFENSES AND AFFIRMATIVE DEFENSES

Defendants allege the following defenses and affirmative defenses to the purported causes
of action in the Complaint as follows:

1.    Plaintiffs have failed to state a claim upon which relief can be granted.

2.    Plaintiffs are precluded from recovering any amounts from Defendant where
Defendant has paid Plaintiffs and/or members of the putative class all sums legally due under the
FLSA.

3.    Some or all of the disputed time for which Plaintiffs seek recovery of wages
allegedly owed is not compensable pursuant to the *de minimis* doctrine.

4.     The claims of Plaintiffs are barred by the provisions of the Portal-to-Portal Act, 29 U.S.C. § 254, as to all hours that Plaintiffs were engaged in activities that were preliminary and/or postliminary to their principal activities.

5.     The claims of Plaintiffs are barred by the applicable statutes of limitation governing commencement of suit and/or recovery of relief of any nature, legal or equitable, or otherwise available under the FLSA, including, without limitation, unpaid overtime wages, liquidated damages, prejudgment interest, and attorneys' fees and costs.

6.     The claims of Plaintiffs are barred to the extent the relief Plaintiffs seek exceeds that available under the statutes and/or regulations under which Plaintiffs bring suit.

7.     The claims of Plaintiffs are subject to setoff, offset, and/or recoupment.

8.     Defendants' actions were not intentionally or willfully devised, nor did Defendants operate to violate the requirement(s) of the statutes and/or regulations at issue.

9.     Some or all of the Defendants assert they are not subject to the FLSA.

10.    Defendants' actions were not undertaken with reckless disregard for the requirements of the statutes and/or regulations at issue.

11.    All actions or omissions of Defendant, if any, with regard to Plaintiffs' employment and the method of payment of Plaintiffs were in good faith and based on good cause and on reasonable grounds for believing that Defendant was complying with the FLSA.

12.    The claims of Plaintiffs are barred by the doctrine of estoppel.

13.    The Complaint and each and every purported cause of action contained therein are barred in whole or in part to the extent that Defendant have paid all money due to Plaintiffs.

14.    The claims of Plaintiffs are barred by the doctrines of payment and accord and satisfaction.

15.     Defendants did not suffer or permit work by Plaintiffs without appropriate compensation.

16.     To the extent Plaintiffs worked any uncompensated time, Defendants lacked actual or constructive knowledge of such work.

17.     All or part of the time for which Plaintiffs seek compensation does not constitute compensable working time.

Defendants give notice that they intend to rely on such other defenses and affirmative defenses as may become available or apparent during the course of discovery in this case. Defendants reserve the right to amend their Answer; to add additional affirmative or other defenses; to delete or withdraw affirmative or other defenses; and to add such counterclaims as may become necessary after a reasonable opportunity for discovery.

### III.     **PRAYER**

WHEREFORE, Defendants respectfully request the Court deny all of Plaintiffs' claims, enter a take-nothing judgment in favor of Defendants, and dismiss Plaintiffs' action with prejudice. Defendants further request to recover all costs of court, including reasonable attorneys' fees, from Plaintiff, and that Defendants recover any other and further relief to which they are justly entitled.

Respectfully submitted,

By:  */s/ Michael J. DePonte*
      Michael J. DePonte
      Texas Bar No. 24001392
      Michael.DePonte@jacksonlewis.com
      Jackson Lewis P.C.
      500 N. Akard, Suite 2500
      Dallas, Texas 75201
      Phone: (214) 520-2400
      Fax:   (214) 520-2008

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading has been forwarded to the following counsel of record,

via the court's electronic service program efiletexas.gov on this 31st day of July, 2024, as follows:

Tanner Scheef
tscheef@kaplanlawatx.com
Austin Kaplan
akaplan@kaplanlawatx.com
KAPLAN LAW FIRM, PLLC
2901 Bee Cave Rd Ste G
Austin, TX  78746
T (512) 553-9390

*/s/ Michael J. DePonte*
Michael J. DePonte

4868-1586-9396, v. 1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ellen Flood on behalf of Michael DePonte
Bar No. 24001392
ellen.flood@jacksonlewis.com
Envelope ID: 90406023
Filing Code Description: Answer/Response
Filing Description: DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL PETITION
Status as of 8/1/2024 8:35 AM CST

Associated Case Party: KADEN MCNAMARA

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Austin Kaplan | | akaplan@kaplanlawatx.com | 7/31/2024 4:34:41 PM | SENT |
| Tanner Scheef | | tscheef@kaplanlawatx.com | 7/31/2024 4:34:41 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ellen Flood | | ellen.flood@jacksonlewis.com | 7/31/2024 4:34:41 PM | SENT |
| Theresa Costin | | theresa.costin@jacksonlewis.com | 7/31/2024 4:34:41 PM | SENT |
| Dallas Docketing | | DallasDocketing@jacksonlewis.com | 7/31/2024 4:34:41 PM | SENT |

Associated Case Party: ROBERT RAVEN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael J.DePonte | | Michael.DePonte@jacksonlewis.com | 7/31/2024 4:34:41 PM | SENT |