# Exhibit "I"

# PAYROLL ADD / CHANGE FORM

NAME: _Kallen McNamara_     TODAYS DATE: 3-2-23

**Personal Data Changes:** (name, address, phone # etc.) _____

**ADD NEW EMPLOYEE:**    Hourly Rate of Pay: _____    Standard Hrs/Week: _____    Start Date: _____

Checklist _____ (1) Employment Eligibility Verification Form I-9
_____ (2) Copy of Texas Drivers License & Social Security card or alternate approved forms
_____ (3) W-4 Form

ALL 3 MUST BE SUBMITTED BEFORE CHECK CAN BE PROCESSED

**PAY CHANGE:** Please complete all information below    Effective Date: 3-1-23

Current Hourly Rate: 22.00     New Hourly Rate: 24.00

Current Comm Rate: _____    New Comm Rate: _____

New Semi-monthly Pay Rate: _____    Annual Rate ÷ 24 Pay periods/year = _____ Semi-monthly Rate

**TERMINATION OF EMPLOYEE:**    Effective Date: _____    Last Payroll Check Date: _____

**NOTES/DETAIL:** _____

SUPERVISOR _[signature]_    EMPLOYEE _[signature: Kade M...]_
SIGNATURE/DATE                    SIGNATURE/DATE

POSTED

BT 000014