# Exhibit "J"

**From:** Kaden McNamara <kadenjmcnamara@gmail.com>
**Sent:** Wednesday, September 24, 2025 13:24
**To:** Tanner Scheef <tscheef@kaplanlawatx.com>
**Subject:** Fwd: Automatic reply: Zip code: 78737 - Wages

---------- Forwarded message ---------
From: **DOLWHD-ContactUs** <DOLWHD-ContactUs@dol.gov>
Date: Tue, Jun 6, 2023 at 5:04 PM
Subject: Automatic reply: Zip code: 78737 - Wages
To: kadenjmcnamara@gmail.com <kadenjmcnamara@gmail.com>

Thank you for contacting the United States Department of Labor.

Your inquiry is very important to us and we hope to provide you with valuable information, referrals, and resources to workplace and labor related topics.

We will review your email and work to connect you with appropriate resources or resolve your inquiry.  Depending on the complexity of the request, please allow us up to 10 business days to respond to your inquiry.   Also, please keep a copy of this e-mail for your own personal records.   If you do not hear a response from us in a timely manner, please call our main telephone number at 1-866 4 US WAGE (1-866-487-9243) to be routed to your local Department of Labor Wage and Hour office.

Thank you,
U.S. Department of Labor

The contents of this message are provided as a public service to enhance public access to general information on Department of Labor programs.  The accuracy and timeliness of information is under regular development and review.  While we try to maintain the reliability of the general information we present publicly, you should be mindful that you remain responsible for actions you take on the basis of this information. We will make every effort to correct errors brought to our attention

NOTE:  This is a system generated message.  Please do not reply to it.

MCNAMARA000184