# Exhibit "K"

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| D1 / AC5 99905025 | 01/1 | 53045 | 1 of 1 |

Boat Town Inc
4630 S Lamar Blvd
Austin, TX 78745

**Earnings Statement**



Period Starting: 06/01/2023
Period Ending: 06/27/2023
Pay Date: 06/27/2023

Taxable Filing Status: Single
Exemptions/Allowances:
Federal:    Std W/H Table
State:      0
Local:      0

Tax Override:
Federal:
State:
Local:

Social Security Number: XXX-XX-XXXX

Kaden J McNamara
1104 Lakebreeze Dr
Canyon Lake, TX 78133

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 35.46 | 851.04 | 19756.44 |
| Overtime Hours | | | 0.00 | 785.88 |
| Vacation | | | 0.00 | 1760.00 |
| Sick | | | 0.00 | 576.00 |
| Bonus | | | 0.00 | 200.00 |
| **Gross Pay** | | | **$851.04** | **$23,078.32** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.46 | 859.31 |

**Important Notes**
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -31.83 | 1789.51 |
| Social Security | -52.77 | 1430.86 |
| Medicare | -12.34 | 334.64 |
| **Net Pay** | **$754.10** | |

Your federal taxable wages this period are  $851.04

22-22/2222

Boat Town Inc
4630 S Lamar Blvd
Austin, TX 78745

Payroll Check Number: 53045
Pay Date: 06/27/2023

Pay to the order of:   Kaden J McNamara

This amount:   SEVEN HUNDRED FIFTY FOUR AND 10/100                                $754.10

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

American Bank

BT 000054