IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KADEN MCNAMARA on Behalf of Himself and Others Similarly Situated, *Plaintiffs,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:24-cv-869-DII |
| BOAT TOWN, INC, CLAYTON RAVEN, and CLAY RAVEN *Defendants.* | § § § § § § | JURY TRIAL DEMANDED |

**<u>ORDER GRANTING PLAINTIFFS' MOTIONS FOR SUMMARY JUDGEMENT</u>**

On this day, the Court considered the Plaintiffs' Motions for Summary Judgment Against Defendants Boat Town, Inc., Clayton Raven, and Clayton ("Clay") Raven, Jr. (collectively "Defendants"). After considering the motions, the response, and the reply, if any, the Court finds that the Motions should be GRANTED in its entirety. It is, therefore,

ORDERED that Plaintiffs' Motion for Summary Judgment is hereby GRANTED.

ORDERED that Plaintiffs' Motion for Partial Summary Judgment is hereby GRANTED.

ORDERED that Plaintiffs' Motion for Summary Judgment on Defendants' defenses is hereby GRANTED and Defendants' defenses are dismissed.

SIGNED this ____ day of _____, 2025.

THE HONORABLE ROBERT EZRA<br>
UNITED STATES DISTRICT JUDGE